JUDGE KEENAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 6303

--------------------------------------------------------------- x

HARTFORD FIRE INSURANCE COMPANY a/s/o
A&E Stores, Inc.,

                Plaintiff,

   -against-

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.,

                Defendant.

--------------------------------------------------------------- x

Case No. ___ Civ. _____ ( )

**RULE 7.1 STATEMENT**

RECEIVED
JUL 1 4 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Hartford Fire Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: The Hartford Financial Services Group, Inc.

Dated: New York, New York
       July 11, 2008

                                            ROBINSON & COLE LLP

                                            By: _____
                                            MICHAEL B. GOLDEN (MG- 0633)
                                            Attorneys for Plaintiff
                                            885 Third Avenue, Suite 2800
                                            New York, New York 10022
                                            212-451-2900

NEWY1-637180-1