AO 440 (Rev. 8/01) Summons in a Civil Action                                    08 CV 6303

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me⁽¹⁾ | DATE July 16, 2008 |
|---|---|
| NAME OF SERVER (PRINT) Paul Gusak | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Consolidated Edison Company of New York, Laurie Ferraiudo, 4 Irving Place, New York, New York 10003

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |
|---|

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 16, 2008        *Paul Gusak*
                  Date                        Signature of Server

Robinson & Cole, LLP
885 3rd Avenue, New York NY 10022
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.