UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY a/s/o A&E Stores, Inc., <br><br> Plaintiff (s), <br><br> - against - <br><br> CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., <br><br> Defendant(s). | CIVIL ACTION FILE NO. 08- CV-6303 <br><br><br> RULE 7.1 CORPORATE AFFILIATION STATEMENT |

Pursuant to Rule 7.1 of the Local Rules of the Southern and Eastern Districts of New York, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Consolidated Edison Company of New York, Inc. certify that the following are corporate parents, subsidiaries, or affiliates of that party:

    Consolidated Edison, Inc.
    Consolidated Edison Company of New York, Inc.
    Consolidated Edison Development, Inc.
    Consolidated Edison Energy, Inc.
    Consolidated Edison Solutions, Inc.
    Orange and Rockland Utilities, Inc.
    Pike County Light & Power Company
    Rockland Electric Company

Dated: New York, New York
       August 4, 2008

                                    RICHARD W. BABINECZ

                    By: _____
                            Frank A. Lisi, Of Counsel
                              6965 (FAL)
                            Attorney for Defendant
                            Consolidated Edison Company
                                Of New York, Inc.
                            4 Irving Place
                            New York, New York   10003-3598